```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GIOVANNA SERVEDIO,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

19 **CIVIL** 9903 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 24, 2020, Plaintiff's motion for judgment on the pleadings is granted, the Commissioner's motion for judgment on the pleadings is denied, the decision of the ALJ is reversed, and this action is remanded to the agency for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York
         November 24, 2020

                                       **RUBY J. KRAJICK**

                                          Clerk of Court

                BY:
                                          **Deputy Clerk**