UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 5-6-21

GIOVANNA SERVEDIO,

                    Plaintiff,

            v.                                          19-CV-9903 (RA)

COMMISSIONER OF SOCIAL SECURITY,                        ORDER

                    Defendant.

RONNIE ABRAMS, United States District Judge:

        On February 16, 2021, Plaintiff filed a motion for attorneys' fees in this action. Dkt. 23. To

date, the Government has filed no opposition to this motion. If the Government intends to oppose the

attorneys' fees motion, it shall file its opposition no later than May 27, 2021. If it does not file an

opposition by that date, the Court will consider the motion unopposed.

SO ORDERED.

Dated:    May 6, 2021
          New York, New York

                                            _____
                                            RONNIE ABRAMS
                                            United States District Judge